O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA MINIMART INC., et al., ) | Case No. CV 14-00176 DDP (PLAx) |
| Plaintiff, ) | ORDER OF REMAND |
| v. ) | |
| BP WEST COAST PRODUCTS LLC, a ) California limited liability ) company; RETALIX LTD., an ) Israeli business, ) | |
| Defendants. ) | |
| _____ ) | |

   Plaintiffs' Motion to REMAND (Dkt. no. 14) is GRANTED, for the reasons discussed therein and in this court's Order to Show Cause in related case No. 14-173 (Dkt. No. 11).

IT IS SO ORDERED.

Dated: February 12, 2015
                                    _____
                                    DEAN D. PREGERSON
                                    United States District Judge